Law Offices of David S. Secrest
A Professional Corporation
504 Plaza Alhambra, Suite 205, P. O. Box 1029
El Granada, CA 94018-1029
Tel 650-726-7461
Attorney for Plaintiff
Mark Gonzalez

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK GONZALEZ,

            Plaintiff,

vs.

AT&T; and DOES 1-50, inclusive,

            Defendants.

Case No. **3:09-cv-04645-TEH**

**DECLARATION RE: CASE MANAGEMENT CONFERENCE; REQUEST FOR CONTINUANCE**

1.     I am the attorney of record for Plaintiff MARK GONZALEZ ("Plaintiff") this action. I have personal knowledge of the facts stated herein, and if called to testify thereon, can and will competently do so.

2.     The complaint in this proceeding was filed on September 30, 2009. Due to difficulty presented by service of process issues described below, the summons and complaint have not yet been served. Therefore, Plaintiff respectfully requests that the case management conference be continued for 60 days.

3.     This matter was turned over to a process server, One Legal, for service of process on Defendant AT&T ("Defendant") on November 25, 2009.

4.     Numerous efforts to serve Defendant at several locations; provided by Plaintiff's counsel, through public records searches, and by Defendant itself, by apparent management personnel at its headquarters in San Francisco, California, as well as through CT Corporation. All of these efforts have proven to be unsuccessful, despite diligent efforts on the Plaintiff, as well as retained service

-1-

of process agents

5.   Attached hereto as **Ex. "A"** is a true and correct copy of the accurate service of process order details, submitted by Plaintiff's service of process agent, indicating the efforts undertaken to serve the defendant.

6.   Attached hereto as **Ex. "B"** is a true and correct copy of the accurate service of process order details, submitted by Plaintiff's service of process agent, which contains case notes and the non–service report.

7.   As a result of the foregoing, unsuccessful efforts, Plaintiff has undertaken to serve AT&T by certified mail to its Chief Executive Officer in San Antonio, Texas. Plaintiff reasonably expects to effectuate service of process within 21 days of this date.

8.   In addition to the foregoing facts, Plaintiff's counsel is unable to attend the case management conference on January 11, 2010 due to an unavoidable, preexisting conflict which precludes me from attending. No other attorney can attend the proceeding, as Plaintiff's counsel is a sole practitioner. Plaintiff therefore begs forgive this from this honorable Court, offers his most respectful apologies, and requests a continuance on these further grounds.

9.   I certify under penalty of perjury under laws of the state of California that the foregoing is true and correct.

Dated: January 8, 2010

Law Offices of David S. Secrest
A Professional Corporation

_____/ S /_____

Attorney for Plaintiff
Marc Gonzalez



-2-

*Marc Gonzalez v. AT&T, et al.*; U.S. Dist. Ct., No. Dist. Cal. Case No. 3:09-cv-04645-TEH
**DECLARATION RE: CASE MANAGEMENT CONFERENCE; REQUEST FOR CONTINUANCE**