Law Offices of David S. Secrest
A Professional Corporation
504 Plaza Alhambra, Suite 205, P. O. Box 1029
El Granada, CA 94018-1029
Tel 650-726-7461
Attorney for Plaintiff
Mark Gonzalez

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK GONZALEZ,

    Plaintiff,

vs.

AT&T; and DOES 1-50, inclusive,

    Defendants.

Case No. 3:09-cv-04645-TEH

**NOTICE OF VOLUNTARY DISMISSAL**

NOTICE IS HEREBY GIVEN that pursuant to Fed. R.Civ. Proc. §41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: April 12, 2010

    Law Offices of David S. Secrest
    A Professional Corporation

    _____ / S / _____

    Attorney for Plaintiff
    Marc Gonzalez



IT IS SO ORDERED
Judge Thelton E. Henderson
04/12/10

-1-

*MARC GONZALEZ V. AT&T, ET AL.*; U.S. DIST. CT., NO. DIST. CAL.. CASE NO. 3:09-CV-04645-TEH
**NOTICE OF VOLUNTARY DISMISSAL**